433 A.2d 107

Coyle, et ux. v. Jorgenson, Appellant.

Argued June 10, 1980. Stuart R. Lundy, for appellant; Richard A. Gutman, for appellees.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Order affirmed.

---

433 A.2d 108

Commonwealth v. Allen, Jr., Appellant.

Submitted December 8, 1978. Barbara A. Joseph, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.